UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel. MELAN DAVIS and BRAD DAVIS,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>ERIK PRINCE, et al.,<br><br>　　　Defendants. | Case No. 1:08-cv-1244 – TSE-TRJ |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Motion for Summary Judgment filed by defendants Xe Services, LLC, Blackwater Security Consulting, LLC, U.S. Training Center, Inc., Prince Group, LLC, Greystone, LTD, and Erik Prince, Motion for Summary Judgment, on May 4, 2011, and upon consideration of the entire record herein, it is hereby

**ORDERED** that defendants' motion is **GRANTED** and, accordingly, it is also hereby

**ORDERED** that summary judgment is entered in favor of defendants on all claims. An appropriate order will issue.

Dated at Alexandria, Virginia on this ___ day of ____, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　T.S. Ellis, III
　　　　　　　　　　　　　　　　　　U.S. District Court Judge