

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA ex rel. )
MELAN DAVIS and BRAD DAVIS, )
    Plaintiffs, )
     )
    v. )    Case No. 1:08cv1244
     )
ERIK PRINCE, et al., )
    Defendants. )

## ORDER

The matter came before the Court on defendants' motion for summary judgment (Doc. No. 315).

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that defendants' motion for summary judgment is **GRANTED IN PART** as follows:

(i) For the reasons to be stated in a forthcoming memorandum opinion, summary judgment is granted in favor of all defendants on all claims relating to the Katrina contract, and those claims are hereby **DISMISSED**.

(ii) Summary judgment is granted in favor of (a) Blackwater Security Consulting, LLC, (b) Xe Services, LLC, (c) Greystone Limited, and (d) The Prince Group LLC, on all claims relating to the WPPS II contract, and those claims are hereby **DISMISSED**.

(iii) Summary judgment is granted in favor of U.S. Training Center, Inc. ("USTC") on the following claims relating to the WPPS II contract, and these claims are hereby **DISMISSED**:

    (a) The claim that USTC knowingly billed the Department of State for the monthly salary and travel expenses of a prostitute.

    (b)    The claim that USTC knowingly billed the Department of State for management fees paid to Greystone.

    (c)    The claim that USTC knowingly misled the Department of State into believing that travel documentation was provided by Carlson Wagonlit when the documentation was actually generated by USTC.

It is hereby **ORDERED** that defendants' motion for summary judgment is **DENIED IN PART** as follows:

    (i)    Summary judgment is denied with respect to the claim that USTC knowingly submitted false and inflated musters to the Department of State.

    (ii)    Summary judgment is denied with respect to the claim that USTC knowingly created false documentation to inflate the amount of reimbursements for travel expenses.

It is hereby **ORDERED** that defendants' motion for summary judgment is **DEFERRED IN PART** as follows:

    (i)    Summary judgment is deferred with respect to the claims relating to Presidential Airways.

    (ii)    Summary judgment is deferred with respect to the claims relating to Sargon Heinrich.

    (iii)    Summary judgment is deferred with respect to all claims relating to Erik Prince.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 20, 2011

/s/
T. S. Ellis, III
United States District Judge