**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MELAN DAVIS and BRAD DAVIS,               Plaintiffs, <br><br> v. <br><br> US TRAINING CENTER, INC.,               Defendant. | ) <br> ) <br> ) <br> ) <br> )  Case No.1:08-cv-1244-TSE-TRJ <br> ) <br> ) <br> ) <br> ) <br> ) |

**RELATORS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE RELATORS FROM OFFERING EVIDENCE OF DAMAGES**

Defendant lacks any basis to try to exclude Relators' computation of damages attributable to labor overbillings.  It is crystal clear that the only reason Defendant did not receive this computation until today (attached as Exhibit A)[1] is Defendant's own misconduct.   Defendant received Relators' computation of damages attributable to travel overbilling on March 18, 2011.  But it was impossible for Relators to even begin the computation of the labor overbillings until Defendant produced all the PERSTATS, which are the in country contemporaneous time records.

Defendant acted as follows:

On February 1, 2011, defense counsel tells Relators in an email that there is "no such thing" as a PERSTAT database and that were "unable to locate" any PERSTATs .  *See Exhibit B*.   Between February 8 and April 8, Relators' counsel repeatedly asked for the documents.

On April 8, 2011, Relators yet again asked about the PERSTATs, and predicted that Defendant was creating problems for itself:  "We are not able to complete our damage analysis

---

[1] Exhibit A sets forth "singles." The False Claims Act provides the trebling of this, and the travel damages, amount.

until we have all of these [PERSTAT] documents in hand. The delay is going to eliminate any opportunity for Defendants' experts to review our damage analysis and any opportunity for Defendants to question our experts about the damage analysis." *See Exhibit C*.

On April 15, after Relators sought Court assistance for the second time on the issue, the Court (J. Jones) ordered the production of the entire universe of PERSTATs (109, 151 pages) with bates numbers.

On April 29, the discovery deadline came and went without Defendant complying with the Court order.

Relators filed yet another motion to compel production, which the Court (both J. Jones and J. Ellis) denied.

Finally, on May 9, Defendants produced the PERSTATS and their bates numbers. Relators' experts immediately began to conduct the needed analysis.  The analysis remains a work in progress, but this iteration is close to final.  Relators are also producing all related documents (i.e. names drawn in sample, etc) and are making Mr. Wills available for deposition.

In short,  Defendant's tardy production caused the delay, which negates any prejudice to Defendant.  *See Vitek v. AIG Life Brokerage*, No. 06-cv-615, 2008 WL 4372670 (S.D.Ohio Sept. 22, 2008) (stating that where the plaintiff requested information from defendants during discovery,  that he could not determine damages until receipt of that information and that the information was in Defendants' possession, any delay in damages disclosure was justified). Relators' counsel expressly warned , but Defendant dragged its heels, likely hoping never to have to produce the documents that establish the fraudulent overbillings.

## CONCLUSION

This Court should deny Defendant's motion to exclude Relators' damages computation.

Date: July 8, 2011

      /s/Susan L. Burke       
Susan L. Burke (VA Bar No. 27769)
Counsel for Relators
BURKE PLLC
1000 Potomac Street, N.W.
Washington, DC 20007-1105
Telephone: (202) 386-9622
Facsimile: (202) 232-5513
sburke@burkepllc.com

Joseph F. Rice
MOTLEY RICE, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July 2011, we filed Relators' Opposition to Defendants' Motion In Limine to Preclude Relators Fromm Offering Evidence of Damages with the Clerk of Court using the CM/ECF system, which will send a notification to counsel for the United States and counsel for the Defendants.

                                   */s/Susan L. Burke*
Susan L. Burke (VA Bar No. 27769)
Counsel for Relators
BURKE PLLC
1000 Potomac Street, N.W.
Washington, DC 20007-1105
Telephone:   (202) 386-9622
Facsimile:   (202) 232-5513
sburke@burkepllc.com